UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET COAKLEY HAMELIN )<br>)<br>Plaintiff, )<br>v. )<br>)<br>HARTFORD LIFE and )<br>ACCIDENT INSURANCE COMPANY, )<br>)<br>Defendant. ) | 04-CV-40241 FDS |

## NOTICE OF APPEARANCES

NOW COMES David B. Crevier and Katherine R. Parsons and hereby enter their appearance on behalf of Defendant Hartford Life and Accident Insurance Company in the above entitled matter.

Respectfully Submitted,
Defendant Hartford Life and Accident
Insurance Company,
By its attorneys

CREVIER & RYAN, LLP.

_____
David B. Crevier, BBO #557242

_____
Katherine R. Parsons, BBO # 657280

1500 Main Street, Suite 2020
Springfield, MA 01115-5532
Tel: (413) 787-2400
Facsimile: (413) 781-8235
Email:  Dcrevier@creiverandryan.com
        Kparsons@crevierandryan.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 12/13/04

_Jennifer Ilncahes_