UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET COAKLEY HAMELIN  )  | |
| ) | |
| Plaintiff, ) | |
| v. ) | 04-CV-40241 FDS |
| ) | |
| HARTFORD LIFE and ) | |
| ACCIDENT INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S**
**L.R. 7.3 CORPORATE DISCLOSURE STATEMENT**

Defendant Hartford Life and Accident Insurance Company ("HLAIC"), pursuant to Rule 7.3 of the United States District Court for the District of Massachusetts, hereby makes the following disclosures: 1) HLAIC is a subsidiary of Hartford Life, Inc., which is an indirect subsidiary of Hartford Financial Services Group, a publicly traded corporation; and 2) Hartford Financial Services Group (indirectly as indicated above) is a publicly traded company that owns 10% or more of HLAIC's stock.

Respectfully Submitted,

DEFENDANT HARTFORD LIFE AND
ACCIDENT INSURANCE COMPANY, INC.

By its Attorneys,

David B. Crevier, BBO #557242
Katherine R. Parsons, BBO # 657280
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
Tel: (413) 787-2400
Facsimile: (413) 781-8235
Email: Dcrevier@creiverandryan.com
Kparsons@crevierandryan.com

F:\Files\Hartford\Hamelin\corp. dis..doc

## CERTIFICATE OF SERVICE

    I certify that a true copy of the forgoing was sent first class mail postage prepaid on this 12th day of January 2005, to counsel of record.

_____

F:\Files\Hartford\Hamelin\corp. dis..doc