UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARGARET COAKLEY HAMELIN | ) | |
|     Plaintiff, | ) | |
| v. | ) | 04-CV-40241 FDS |
| | ) | |
| HARTFORD LIFE and ACCIDENT | ) | |
| INSURANCE COMPANY, | ) | |
|     Defendant. | ) | |

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S CERTIFICATION REGARDING COSTS AND ALTERNATE DISPUTE RESOLUTION**

Pursuant to Local Rule 16.1(d)(3), the Defendant Hartford Life and Accident Insurance Company file this Certification Regarding Costs and Alternative Dispute Resolution.

**Certification Regarding Costs And Alternate Dispute Resolution**

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses-- of the litigation; and that we have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Hartford Life and Accident Insurance Company,

_____
By: Laura Gold Becker, Esq.
Its: Independent Contractor Counsel

Counsel to Hartford Life and Accident Insurance Company,

_____
David B. Crevier, Esq.
Katherine R. Parsons, Esq.