**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

MARGARET COAKLEY HAMELIN      )
     Plaintiff,      )
           )
v.      )      04-CV-40241 FDS
           )
HARTFORD LIFE and ACCIDENT      )
INSURANCE COMPANY,      )
     Defendant.      )

### Plaintiff's Certification Regarding Costs And Alternate Dispute Resolution

     We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and that we have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                    Counsel to Margaret Coakley-Hamelin


Margaret Coakley-Hamelin

John F. Hurley, Jr., Esq. BBO #245200
Pojani Hurley Ritter & Salvidio, LLP
446 Main Street
Worcester, MA 01608
(508) 798-2480
(508) 797-9561 (fax)
Email:  jhurley@phrslaw.com


F:\data2\covhr.cert.doc

CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2005, I served the within Plaintiff's Certification Regarding Costs and Alternate Dispute Resolution upon counsel, David B. Crevier, Esquire, Crevier and Ryan, LLP, 1500 Main Street, Springfield, MA 01115 by mailing same postage prepaid.

_____
John F. Hurley, Jr., Esquire

F:\data2\covhr.cert.doc