## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET COAKLEY HAMELIN <br> Plaintiff, <br> v. <br><br> HARTFORD LIFE and ACCIDENT <br> INSURANCE COMPANY <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

04-CV-40241 FDS

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION

Defendant, Hartford Life and Accident Insurance Company ("Hartford") moves this Court pursuant to Rules 12(b)(1), 12(c) and 12(h)(3) of the Federal Rule of Civil Procedure to dismiss Plaintiff's Complaint. As grounds for this motion, Hartford states that this Court lacks subject matter jurisdiction over Plaintiff's claim. As additional grounds, Hartford submits the attached memorandum of law and accompanying exhibits.

Respectfully submitted,
Defendant Hartford Life and Accident
Insurance Company

By its Attorneys,

David B. Crevier, BBO# 557242
Katherine R. Parsons, BBO# 657280
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
Tel: 413-787-2400
Fax: 413-781-8235
Email: dcrevier@crevierandryan.com
        kparsons@crevierandryan.com

<u>CERTIFICATE OF SERVICE</u>

 I certify that I served a true copy of the foregoing by mailing the same via first class mail postage pre-paid on Plaintiff's Counsel, said service having taken place this 6th day of April, 2005.