UNITED STATES
DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET COAKLEY HAMELIN )<br>    Plaintiff )<br>vs )<br>)<br>THE HARTFORD LIFE AND )<br>ACCIDENT INSURANCE COMPANY )<br>    Defendant ) | Civil Action<br>No: 04CV40241 FDS |

**PLAINTIFF, MARGARET COAKLEY HAMELIN'S RESPONSE
TO DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE
CO., INC.'S MOTION TO DISMISS FOR LACK OF
SUBJECT MATTER JURISDICTION**

The Plaintiff, Margaret Coakley Hamelin, having reviewed the Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction, agrees that the Court lacks subject motion jurisdiction and therefore does not oppose the motion.

/s/ John F. Hurley, Jr.
John F. Hurley, Jr., Esquire
Attorney for the Plaintiff
Pojani Hurley Ritter &
 Salvidio
446 Main Street
Worcester, MA 01608
508-798-2480
BBO #245200

CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2005, I served the within Response to Motion to Dismiss upon counsel, David B. Crevier, Esquire, Crevier & Ryan, LLP, 1500 Main Street, Springfield, MA 01115 by mailing same postage prepaid.

_____
John F. Hurley, Jr., Esquire

F:\data2\hamelin\RESP OPP.doc