# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Margaret Coaklay Hamelin,**
   **Plaintiff,**

 **V.**

**Hartford Life and Accident Insurance Co.,**
   **Defendant,**

**CIVIL ACTION**

**NO. 04-40241-FDS**

## ORDER OF DISMISSAL

**Saylor,  D. J.**


 In accordance with the Court's Memorandum and Order dated **12/19/05** , granting the defendant's motion to dismiss,  it is hereby ORDERED that the above-entitled action be and hereby is dismissed.



      By the Court,


  **12/20/05**
   **Date**

     **/s/ Martin Castles**
     **Deputy Clerk**